UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP E. GRIMES, SR.,

    Plaintiff,

No. C 08-1974 PJH

**ORDER REQUIRING CLARIFICATION OR AMENDMENT OF COMPLAINT**

    v.

VALLEJO SOCIAL SECURITY,

    Defendant.
_____/

On April 15, 2008, plaintiff filed the complaint in this case alleging claims for civil rights violations, defamation of character, libel, and discrimination. Plaintiff, however, utilized a form complaint for judicial review of a decision of the Commissioner of Social Security, and the clerks office for this court subsequently characterized the case as a social security *appeal.* Based on the claims alleged by the plaintiff, it appears to the court that this case may have been improperly characterized as an appeal. Plaintiff is advised that a social security appeal requires a final decision by an administrative law judge or "ALJ" denying him disability benefits pursuant to 42 U.S.C. § 405(g).

The standards for evaluating plaintiff's application to proceed in forma pauperis differ depending on whether plaintiff is appealing a decision of an ALJ or is filing a civil complaint alleging certain claims in the first instance. Accordingly, plaintiff is ORDERED to file with this court **no later than Wednesday, May 21, 2008,** a written supplement clarifying the nature of his complaint, and specifically, stating whether he

has already appeared before an ALJ in this matter, and is appealing an ALJ's denial of his application for social security benefits.  If plaintiff is *not* appealing the denial of social security benefits but is instead attempting to sue a public agency for civil rights violations, he must file an amended complaint setting forth the factual and legal bases for his claims.  Plaintiff must also identify with more precision who he is suing, as "Vallejo Social Security" does not enable a process server to find the defendant.  The amended complaint must also be filed **no later than Wednesday, May 21, 2008.**

     A ruling on plaintiff's application to proceed in forma pauperis will be deferred until the court receives either clarification or the amended complaint.

**IT IS SO ORDERED.**

Dated: May 7, 2008

 

_____
PHYLLIS J. HAMILTON
United States District Judge

- 2 -

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP E GRIMES, SR.,

        Plaintiff,

  v.

SOCIAL SECURITY et al,

        Defendant.
                                  /

Case Number: CV08-01974 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip E. Grimes
P.O. Box 3332
Vallejo, CA 94590

Dated: May 7, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk