UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP E. GRIMES, SR.,

    Plaintiff,                                     No. C 08-1974 PJH

                                                  **ORDER TO SHOW CAUSE**

    v.

VALLEJO SOCIAL SECURITY,

    Defendant.

_____/

       On April 15, 2008, plaintiff filed the complaint in this case alleging claims for civil rights violations, defamation of character, libel, and discrimination.  Plaintiff, however, utilized a form complaint for judicial review of a decision of the Commissioner of Social Security, and the clerks office for this court subsequently characterized the case as a social security *appeal.*  Because it appeared to the court that this case may have been improperly characterized as an appeal, on May 7, 2008, the court ordered plaintiff to file **no later than May 21, 2008,** a supplement clarifying the nature of the complaint and/or an amended complaint setting forth the factual and legal bases for his claims and identifying the defendant(s) with more precision.

       Plaintiff failed to file the supplement and/or the amended complaint as required by the court's May 7, 2008 order.  Accordingly, plaintiff is ORDERED TO SHOW CAUSE why his claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  If plaintiff fails to file a written

1  response to this order to show cause by **Tuesday, June 17, 2008,** the case will be
2  dismissed for failure to prosecute.
3  **IT IS SO ORDERED.**
4
5  Dated: June 3, 2008
6
7  _____
   PHYLLIS J. HAMILTON
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP E GRIMES, SR.,

        Plaintiff,

  v.

SOCIAL SECURITY et al,

        Defendant.
                                      /

Case Number: CV08-01974 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip E. Grimes
P.O. Box 3332
Vallejo, CA 94590

Dated: June 3, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk