UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP E. GRIMES, SR.,

       Plaintiff,

       v.

VALLEJO SOCIAL SECURITY,

       Defendant.
_____/

No. C 08-1974 PJH

**ORDER**

On April 15, 2008, plaintiff filed the complaint in this case alleging claims for civil rights violations, defamation of character, libel, and discrimination. Plaintiff also filed a request to proceed *in forma pauperis*. Plaintiff, however, utilized a form complaint for judicial review of a decision of the Commissioner of Social Security, and the clerks office for this court subsequently characterized the case as a social security *appeal.* Because it appeared to the court that this case may have been improperly characterized as a social security appeal, on May 7, 2008, the court ordered plaintiff to file no later than May 21, 2008:

> a written supplement clarifying the nature of his complaint, and specifically, stating whether he has already appeared before an ALJ in this matter, and is appealing an ALJ's denial of his application for social security benefits. If plaintiff is *not* appealing the denial of social security benefits but is instead attempting to sue a public agency for civil rights violations, he must file an amended complaint setting forth the factual and legal bases for his claims. Plaintiff must also identify with more precision who he is suing, as "Vallejo Social Security" does not enable a process server to find the defendant.

In the May 7, 2008 order, the court further advised plaintiff that a social security appeal

1  requires a final decision by an administrative law judge or "ALJ" denying him disability
2  benefits pursuant to 42 U.S.C. § 405(g).  The court noted that the standards for
3  evaluating plaintiff's application to proceed *in forma pauperis* differ depending on
4  whether plaintiff is appealing a decision of an ALJ or is filing a civil complaint alleging
5  certain claims in the first instance.  If plaintiff is suing on claims that are not an appeal of
6  alleged error(s) committed by an ALJ, then the court will screen plaintiff's complaint
7  under 28 U.S.C. § 1915.

8       Plaintiff failed to file the supplement or amended complaint, and on June 3, 2008,
9  the court issued an order to show cause, requiring plaintiff to respond no later than
10 Tuesday, June 17, 2008.  On Wednesday, June 18, 2008, plaintiff filed an untimely
11 response to the court's order to show cause.  That response fails to clarify the factual
12 and legal bases for plaintiff's claims, the defendant(s) plaintiff is suing, and also fails to
13 clarify whether plaintiff is pursuing a social security appeal or is asserting other civil
14 claims for relief.  Plaintiff requests the court allow him to file an audiotape detailing his
15 claims, and that the court excuse his delay because he is currently a victim of mail
16 tampering, identity theft, and harassment.

17      Plaintiff's request to file the audiotape is DENIED.  The court will afford plaintiff
18 one final opportunity to file the **written** amended complaint or supplement required by
19 the court in its May 7, 2008 order.  If plaintiff fails to file a written response by **Friday,**
20 **July 18, 2008,** the case will be treated as a non-social security appeal and screened
21 pursuant to 28 U.S.C. § 1915, and possibly dismissed thereunder for failure to state a
22 claim.  The court will defer ruling on plaintiff's request to proceed *in forma pauperis*.
23 **IT IS SO ORDERED.**

24

25 Dated: July 7, 2008

26

27 
                                                        _____
28                                                         PHYLLIS J. HAMILTON
                                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP E GRIMES, SR.,

        Plaintiff,

  v.

SOCIAL SECURITY et al,

        Defendant.
                                               /

Case Number: CV08-01974 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip E. Grimes
P.O. Box 3332
Vallejo, CA 94590

Dated: July 8, 2008

                                          Richard W. Wieking, Clerk
                                          By: Frank Justiliano, Deputy Clerk