UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP E. GRIMES, SR.,

    Plaintiff,

No. C 08-1974 PJH

**ORDER OF DISMISSAL**

    v.

VALLEJO SOCIAL SECURITY,

    Defendant.
_____/

    On July 28, 2008, this court dismissed without prejudice plaintiff's complaint and application to proceed in forma pauperis. Plaintiff was advised to file an amended complaint no later than August 27, 2008, or the case would be dismissed with prejudice. Plaintiff failed to file an amended complaint by that date.

    The court has considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and has determined that notwithstanding the public policy favoring the disposition of actions on their merits, the court's need to manage its docket and the public interest in the expeditious resolution of the instant litigation require dismissal of this action. In view of plaintiff's lack of response to this court's prior order, the court finds there is no appropriate less drastic sanction.

    Accordingly, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. Pro. 41(b) for plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 5, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP E GRIMES, SR., | Case Number: CV08-01974 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SOCIAL SECURITY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip E. Grimes
P.O. Box 3332
Vallejo, CA 94590

Dated: September 5, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk