UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP E GRIMES, SR.,

    Plaintiff(s),                        No. C 08-1974 PJH

    v.                                 **JUDGMENT**

VALLEJO SOCIAL SECURITY,

    Defendant(s).

_____/

    The court having dismissed the above-entitled action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b),

    It is ordered and Adjudged

    that plaintiff Phillip E. Grimes, Sr., take nothing, and that the action be dismissed.

    **IT IS SO ORDERED.**

Dated: September 5, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP E GRIMES, SR.,

        Plaintiff,

  v.

SOCIAL SECURITY et al,

        Defendant.
_____/

Case Number: CV08-01974 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip E. Grimes
P.O. Box 3332
Vallejo, CA 94590

Dated: September 5, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk